■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DeSEAN OWENS, Appellant. [22 NYS3d 844]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Dominic R. Massaro, J.), rendered on or about May 21, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur— Mazzarelli, J.P., Acosta and Andrias, Moskowitz JJ.